

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-14-2002

# USA v. Myers

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-3016

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"USA v. Myers" (2002). *2002 Decisions*. Paper 732.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/732

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 01-3016

UNITED STATES OF AMERICA

v.

CLIFTON MYERS;
a/k/a SAMUEL JENKINS,

Clifton Myers,

Appellant

## ORDER AMENDING OPINION

**IT IS HEREBY ORDERED**, that the Slip Opinion filed in this case on October 11,

2002, be amended as follows:

On page 2, in the section identifying the attorneys for the appellant, delete the words

"Defender Association of Philadelphia" and replace them with "Federal Court Division,

Defender Association of Philadelphia."

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Theodore McKee
Circuit Judge

DATED: November 13, 2002